08 JUL -2 PM 2:11

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>OCTAVIO BEATRIZ-DOROTEO,<br>Defendant. | Criminal Case No. '08 CR 2196 BEN<br>I N D I C T M E N T<br>Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |

The grand jury charges:

On or about April 16, 2008, within the Southern District of California, defendant OCTAVIO BEATRIZ-DOROTEO, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

CJB:fer:San Diego
7/1/08

It is further alleged that defendant OCTAVIO BEATRIZ-DOROTEO was removed from the United States subsequent to October 5, 2006.

DATED: July 2, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
CARLA J. BRESSLER
Assistant U.S. Attorney