08 JUL -2 PM 2:10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>OCTAVIO BEATRIZ-DOROTEO,<br>Defendant. | ) | Criminal Case No. '08 CR 2196 BEN<br><br>NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Octavio Beatriz-Doroteo, Criminal Case No. 08CR1596-BEN.

DATED: July 2, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney