FILED

JUL 11 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

OCTAVIO BEATRIZ-DOROTEO,

Defendant.

CASE NO. 08CR2196-BEN

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 8 USC 1326 (a) and (b) - DEPORTED ALIEN FOUND IN THE UNITED STATES

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/14/08

[signature]
WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

ENTERED ON ________________